# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

William Campe

                        Plaintiff,

v.                                                  Case No.: 1:24–cv–09352
                                                        Honorable Sunil R. Harjani

Kemper Sports Management, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion to appear pro hac vice by attorney Jarrett Lee Ellzey, Jr for William Campe [2] is granted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.