**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division**

William Campe

                          Plaintiff,

v.                                         Case No.: 1:24−cv−09352
                                             Honorable Sunil R. Harjani

Kemper Sports Management, LLC

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

      MINUTE entry before the Honorable Joan B. Gottschall: A consolidation order dated November 22, 2024 (Doc. No. [7]) having been entered, any existing deadlines and settings in the consolidated actions are stricken. Under the schedule established by the consolidation order, ¶¶ 5−6, plaintiffs have until and including January 6, 2025, to file an amended complaint. Defendant has until and including February 20, 2025, to answer or otherwise respond to plaintiffs' amended complaint. If defendant moves to dismiss the amended complaint, plaintiffs' response to the motion will be due by and including April 7, 2025, and defendant's reply, if any, will be due by and including April 28, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.