# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

William Campe
                              Plaintiff,

v.                                             Case No.: 1:24−cv−09352
                                                                          Honorable Joan B. Gottschall

Kemper Sports Management, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter amended consolidation order. The amended consolidation order adds Campe v. Kemper Sports Management, LLC, No. 24−CV−9352 ["Campe action"], to the list of related and consolidated actions and requests reassignment of the Campe action as related to In re Kemper Sports Management, LLC, Data Breach Litigation, No. 24−CV−8503. No other substantive change to the original consolidation order is intended. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.