**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RACHEL GETZINGER, *individually & on behalf of all others similarly situated*,<br><br>              Plaintiff,<br><br>v.<br><br>KEMPER SPORTS MANAGEMENT, LLC.<br><br>              Defendant. | Case No. 1:24-cv-08503<br><br>Hon. Joan B. Gottschall |
| KELLI SEALS, *individually & on behalf of all others similarly situated*,<br><br>              Plaintiff,<br><br>v.<br><br>KEMPER SPORTS MANAGEMENT, LLC.<br><br>              Defendant. | Case No. 1:24-cv-08668<br><br>Hon. Matthew F. Kennelly |
| EDWIN SCHEIDE, *individually & on behalf of all others similarly situated*,<br><br>              Plaintiff,<br><br>v.<br><br>KEMPER SPORTS MANAGEMENT, LLC.<br><br>              Defendant. | Case No. 1:24-cv-08679<br><br>Hon. Georgia N. Alexakis |

| | |
|---|---|
| KENDRA DAVILA, *individually & on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>  v.<br><br>KEMPER SPORTS MANAGEMENT, LLC.<br><br>      Defendant. | Case No. 1:24-cv-09192<br><br>Hon. Thomas M. Durkin |
| WILLIAM CAMPE, *individually & on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>KEMPER SPORTS MANAGEMENT, LLC.<br><br>      Defendant. | Case No. 1:24-cv-09352<br><br>Hon. Sunil R. Harjani |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS & APPOINTING PLAINTIFFS' EXECUTIVE COMMITTEE

Having considered Plaintiffs' Unopposed Motion for Consolidation and to Appoint Plaintiffs' Executive Committee and memorandum of law in support and good cause appearing therefor, the Court ORDERS as follows:

1.     The Motion is **GRANTED**.

2.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (i) *Getzinger v. Kemper Sports Management, LLC,* 1:24-cv-08503 (filed September 16, 2024); (ii) *Seals v. Kamper Sports Management, LLC*, 1:24-cv-08668 (filed September 19, 2024); (iii) *Scheide v. Kemper Sports Management, LLC*, 1:24-cv-08679 (filed September 20, 2024); (iv) *Davila v. Kemper*

*Sports Management, LLC*, 1:24-cv-09192 (file September 30, 2024); and (v) *William Campe v. Kemper Sports Management, LLC*, Case No. 1:24-cv-09352 (filed October 2, 2024) are consolidated for pretrial proceedings under the Master File 1:24-cv-08503.

3.    The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To.

4.    Having given due consideration to the relevant and persuasive factors set forth in Federal Rule of Civil Procedure 23(g)(1)(A)(i)-(iv) and finding that the proposed counsel meet the adequacy requirements thereunder, Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, Raina Borrelli of Strauss Borrelli PLLC, A. Brooke Murphy of Murphy Law Firm, and J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC, are appointed and shall serve as sole members of the Plaintiffs' Executive Committee.

5.    Plaintiffs shall file a Consolidated Complaint no later than forty-five (45) days following the entry this Order.

6.    Once a Consolidated Complaint is filed, Defendant shall have forty-five (45) days to respond to the complaint. If Defendant moves to dismiss, Plaintiffs shall have forty-five (45) days to respond to that motion and Defendant shall have twenty-one (21) days to file a reply.

7.    Plaintiffs' Executive Committee will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative class members. Specifically, Plaintiffs' Executive Committee shall have the following responsibilities, duties and sole authority to:

    (a)    Prepare and file a master consolidated complaint should any other cases be consolidated with this matter and have final authority regarding what claims and parties are to be included in any master consolidated complaint;

3

(b)     Determine and present in pleadings, briefs, motions, oral argument and/or or such other fashion as may be appropriate, personally or by a designee, to the Court and opposing parties the position of Plaintiffs and the putative class on matters arising during pretrial proceedings;

(c)     Coordinate and conduct discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the rules of this Court;

(d)     Consult with and employ consultants and/or expert witnesses;

(e)     Draft and file a motion for class certification on behalf of Plaintiffs and the putative class;

(f)     Conduct all pretrial proceedings on behalf of Plaintiffs and the putative class;

(g)     Enter into stipulations and agreements with Defendant;

(h)     Sign all papers filed on behalf of Plaintiffs and the putative class;

(i)     Convene meetings of all Plaintiffs' counsel, as and if necessary;

(j)     Form task-specific subcommittees of Plaintiffs' counsel, as appropriate;

(k)     Conduct settlement negotiations with Defendant;

(l)     Maintain an up-to-date service list of all Plaintiffs' counsel for any and all future consolidated cases and promptly advise the Court and Defendant's counsel of any changes;

(m)     Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings correspondence and other documents from Defendant's counsel or the Court that are not electronically filed;

(n)     Appear at Court-noticed status conferences and hearings;

(o)     Be the contact persons for all plaintiffs' counsel and as the attorneys of record with whom the Court will be dealing throughout the course of the litigation;

(p)     Delegate specific tasks to other plaintiffs' counsel in a manner to avoid duplicative efforts and ensure that pretrial preparation for Plaintiffs and the putative class is conducted effectively, efficiently and economically;

(q)     Otherwise coordinate the work of all plaintiffs' counsel and perform such other duties as the Plaintiffs' Executive Committee members deem necessary to advance the litigation or as authorized by further Order of the Court;

4

(r)      Maintain and collect time and expense records for work performed, time billed, costs incurred and other disbursements made by Plaintiffs' counsel whose work the Plaintiffs' Executive Committee has specifically authorized and submit annually and at the Court's request, in writing, *ex parte* and *in camera* reports to the Court regarding time billed in the prosecution of this action;

(s)      Fund the necessary and appropriate costs of discovery and other common benefit efforts and

(t)      Perform all such other functions as necessary to represent Plaintiffs' and Class Members' interests efficiently and effectively in this litigation as well as to effectuate these responsibilities or as may be expressly authorized by further Order of the Court.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to or remanded to this Court, which relates to the subject matter at issue in this case.

**IT IS SO ORDERED.**

Date: February 27, 2025

/s/ Joan B. Gottschall _____
United States District Judge