**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ***In Re Kemper Sports Management Data Breach Litigation***<br><br>**This document relates to: All Actions** | Case No. 1:24-cv-08503<br><br>Honorable Joan B. Gottschall |

**AMENDED STIPULATION TO DISMISS WITHOUT PREJUDICE**

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual and class claims without prejudice in each of the consolidated actions, with each party to bear its own costs and attorneys' fees.

Dated: September 11, 2026

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Brooke Murphy*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700

Dated: September 11, 2026

By: */s/ Patrick R. O'Meara*
Meagan P. VanderWeele
**GORDON REES SCULLY MANSUKHANI LLP**
One North Wacker, Suite 1600
Chicago, Illinois 60606
(312) 565-1400
mvanderweele@grsm.com

Joseph Salvo*
John T. Mills*
**GORDON REES SCULLY MANSUKHANI LLP**
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
jsalvo@grsm.com
jtmills@grsm.com

*Counsel for Defendant*

Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Gerard Stranch, IV (TN BPR # 23045)
Grayson Wells (TN BPR # 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Plaintiffs' Executive Committee*

Josh Sanford Arkansas Bar No. 2001037
jsanford@eksm.com
EKSM, LLP
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 787-2040

Jarrett L. Ellzey* Texas Bar No. 24040864
jellzey@eksm.com
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
20 North Wacker, Suite 4120
Chicago, IL 60606
773.661.4710
NHagman@caffertyclobes.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 11th day of September, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com